# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3188

_____

|  |  |  |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Southern |
| v. | * | District of Iowa. |
| | * | |
| Pedro Nunez, also known as Pete | * | [UNPUBLISHED] |
| Nunez, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: March 14, 2001

Filed: March 22, 2001

_____

Before RICHARD S. ARNOLD and FAGG, Circuit Judges, and PERRY,* District
Judge.

_____

PER CURIAM.

While working as an informant for state police, drug defendant John Fuller twice
bought pounds of methamphetamine from a coworker, Pedro Nunez. Rejecting an
entrapment defense, a jury convicted Nunez of possession with intent to distribute
drugs. On appeal, Nunez contends his entrapment defense was not disproved beyond

_____

*The Honorable Catherine D. Perry, United States District Judge for the Eastern
District of Missouri, sitting by designation.

a reasonable doubt because the Government failed to show Nunez was predisposed to sell drugs before Fuller approached him. See United States v. Berg, 178 F.3d 976, 980 (8th Cir. 1999) (explaining entrapment defense). Viewing the evidence in the light most favorable to the jury's verdict and giving the verdict the benefit of all reasonable inferences, we conclude the jury could reasonably find Nunez was not entrapped. When Fuller mentioned he was involved in a drug transaction with someone else, Nunez volunteered to supply Fuller with large quantities of drugs in the future. From the circumstances surrounding Nunez's illegal conduct, the jury could reasonably infer Nunez already had experience and contacts in the drug trafficking business and took full advantage of them when the opportunity arose. We thus summarily affirm Nunez's conviction. See 8th Cir. R. 47B.[**]

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[**]The Honorable Harold D. Vietor, United States District Judge for the Southern District of Iowa.